**E-Filed: 05-24-10**
**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WIGE, | ) CASE NO. CV 09-01369 MMM (PLAx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| CITY OF LOS ANGELES, OFFICER RYAN BELLOWS, LEONARD MCKENSIE, OFFICER JASON LEIKEM, AND DOES 1 TO 10, INCLUSIVE, | ) |
| Defendants. | ) |

On February 1, 2010, defendants City of Los Angeles, Officer Ryan Bellows, Leonard Mckensie, and Officer Jason Leikem moved for summary judgment on plaintiff Donald Wige's complaint. The motion was heard on April 5, 2010. Having considered the evidence presented by the parties, reviewed the briefs, and heard argument, the court granted the motion on May 24, 2010. Therefore,

IT IS ORDERED AND ADJUDGED that

1. Plaintiff take nothing by way of his complaint; and
2. The action be, and it hereby is, dismissed.

DATED: May 24, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE